### 30979. SHORTRIDGE *v.* THE STATE.

MacINTYRE, J. The court did not err in revoking the defendant's suspended sentence, and in requiring him to finish the unserved portion of a twelve-months suspended sentence imposed for committing a misdemeanor. *Wood* v. *State*, 68 *Ga. App.* 43 (21 S. E. 2d, 915); *Streetman* v. *State*, 70 *Ga. App.* 192 (27 S. E. 2d, 704); *Mincey* v. *Crowe*, 198 *Ga.* 245 (31 S. E. 2d, 406).

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 18, 1945.

*C. O. Baker,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.